**Edmund VOGEL, Appellant,**

v.

**TREASURER OF MISSOURI as Custodian of the Second Injury Fund, Respondent.**

**No. ED 103205**

Missouri Court of Appeals,
Eastern District,
***DIVISION THREE*.**

Filed: March 29, 2016

Phillip A. Tatlow, Jeffrey A. Herman, 10525 Big Bend Blvd., St. Louis, MO 63122, for Appellant.

Chris Koster, Attorney General, Kristin M. Frazier, Asst. Atty. Gen., P.O. Box 899, St. Louis, MO 63101, for Respondent.

**390**

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

### ORDER

PER CURIAM.

Edmund Vogel appeals the decision of the Labor and Industrial Relations Commission ("the Commission") denying his claim for permanent total disability benefits from the Second Injury Fund. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The decision of the Commission is affirmed under Rule 84.16(b).